**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01162-AP

TAMMY S. STEPHENS,

    Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Plaintiff.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

1.   **APPEARANCES OF COUNSEL**

| For Plaintiff: | For Defendant: |
|---|---|
| Michael S. Krieger, Attorney | JOHN F. WALSH |
| 165 South Union Blvd., #555 | United States Attorney |
| Lakewood CO 80228 | |
| 303-781-5559 | WILLIAM G. PHARO |
| Fax: 303-781-1349 | Assistant United States Attorney |
| m.krieger@comcast.net | United States Attorney's Office |
| | District of Colorado |
| | |
| | Debra J. Meachum |
| | Special Assistant United States Attorney |
| | 1001 17th Street, Sixth Floor |
| | Denver, Colorado  80202 |
| | Telephone: (303) 844-1570 |
| | Fax: (303) 844-0770 |
| | debra.meachum@ssa.gov |

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

A. Date Complaint Was Filed: **5/3/12.**
B. Date Complaint Was Served on U.S. Attorney's Office: **5/4/12.**
C. Date Answer and Administrative Record Were Filed**: 7/3/12.**

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

Plaintiff states: upon preliminary review, it appears to be adequate.
Defendant states, to the best of his knowledge, that the administrative record is complete and accurate.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

None at this time.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

None at this time.

**7. OTHER MATTERS**

None at this time.

**8. BRIEFING SCHEDULE**

A. Plaintiff's Opening Brief Due**:        8/28/12**
B. Defendant's Response Brief Due**:     9/28/12**
C. Plaintiff's Reply Brief (If Any) Due**: 10/15/12**

**9. STATEMENTS REGARDING ORAL ARGUMENT**

A. Plaintiff's Statement:  Plaintiff does not request oral argument.
B. Defendant's Statement: Defendant does not request oral argument**.**

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

A. ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.
B. (X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.     OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.     AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

DATED this 23rd day of July, 2012.

BY THE COURT:

<u>*s/John L. Kane*</u>
U.S. DISTRICT COURT JUDGE

APPROVED:

For Plaintiff:

/s/ Michael S. Krieger
Michael S. Krieger, Attorney
165 South Union Blvd., #555
Lakewood CO 80228
303-781-5559
Fax: 303-781-1349
m.krieger@comcast.net

For Defendant**:**

JOHN F. WALSH
United States Attorney

WILLIAM G. PHARO
Assistant United States Attorney
United States Attorney's Office
District of Colorado

/s/ Debra J. Meachum
Debra J. Meachum
Special Assistant United States Attorney
1001 17th Street, Sixth Floor
Denver, Colorado  80202
Telephone:  (303) 844-1570
Fax: (303) 844-0770
debra.meachum@ssa.gov