## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01162-AP

TAMMY S. STEPHENS,

        Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Plaintiff.

_____

### JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES
_____

1.      **APPEARANCES OF COUNSEL**

| For Plaintiff: | For Defendant: |
|---|---|
| Michael S. Krieger, Attorney<br>165 South Union Blvd., #555<br>Lakewood CO 80228<br>303-781-5559<br>Fax: 303-781-1349<br>m.krieger@comcast.net | JOHN F. WALSH<br>United States Attorney<br><br>WILLIAM G. PHARO<br>Assistant United States Attorney<br>United States Attorney's Office<br>District of Colorado<br><br>Debra J. Meachum<br>Special Assistant United States Attorney<br>1001 17th Street, Sixth Floor<br>Denver, Colorado 80202<br>Telephone: (303) 844-1570<br>Fax: (303) 844-0770<br>debra.meachum@ssa.gov |

**2.       STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C.
405(g).

**3.       DATES OF FILING OF RELEVANT PLEADINGS**

A.   Date Complaint Was Filed: **5/3/12.**
B.   Date Complaint Was Served on U.S. Attorney's Office: **5/4/12.**
C.   Date Answer and Administrative Record Were Filed**: 7/3/12.**

**4.       STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

Plaintiff states: upon preliminary review, it appears to be adequate.
Defendant states, to the best of his knowledge, that the administrative record is complete
and accurate.

**5.       STATEMENT REGARDING ADDITIONAL EVIDENCE**

None at this time.

**6.       STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL
           CLAIMS OR DEFENSES**

None at this time.

**7.       OTHER MATTERS**

None at this time.

**8.       BRIEFING SCHEDULE**

A. Plaintiff's Opening Brief Due**:        8/28/12**
B. Defendant's Response Brief Due**:       9/28/12**
C. Plaintiff's Reply Brief (If Any) Due**: 10/15/12**

**9.       STATEMENTS REGARDING ORAL ARGUMENT**

A.       Plaintiff's Statement:  Plaintiff does not request oral argument.
B.       Defendant's Statement: Defendant does not request oral argument**.**

**10.      CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

A.       (  )  All parties have consented to the exercise of jurisdiction of a United States
         Magistrate Judge.
B.       (X) All parties have not consented to the exercise of jurisdiction of a United States
         Magistrate Judge.

**11.      OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.      AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

DATED this 23rd day of July, 2012.

BY THE COURT:

_**s/John L. Kane**_____
U.S. DISTRICT COURT JUDGE

APPROVED:

For Plaintiff:

/s/ Michael S. Krieger
Michael S. Krieger, Attorney
165 South Union Blvd., #555
Lakewood CO 80228
303-781-5559
Fax: 303-781-1349
m.krieger@comcast.net

For Defendant:

JOHN F. WALSH
United States Attorney

WILLIAM G. PHARO
Assistant United States Attorney
United States Attorney's Office
District of Colorado

/s/ Debra J. Meachum
Debra J. Meachum
Special Assistant United States Attorney
1001 17th Street, Sixth Floor
Denver, Colorado  80202
Telephone:  (303) 844-1570
Fax: (303) 844-0770
debra.meachum@ssa.gov