IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01162-REB

ESTATE OF TAMMY STEPHENS,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order Reversing Disability Decision and Remanding to Commissioner** [#26] entered by Judge Robert E. Blackburn on April 22, 2013, which order is incorporated herein by this reference.

**IT IS ORDERED** as follows:

1. That the conclusion of the Commissioner through the Administrative Law Judge that plaintiff was not disabled is **REVERSED**;

2. That this case is **REMANDED** to the ALJ, who is directed to

    a. Reevaluate the treating source and other medical and non-medical opinions of record according to the legal standards set forth in the regulations;

    b. Re-contact any treating, examining, or reviewing sources for further clarification of their findings, seek the testimony of additional medical or vocational experts, order additional consultative or other examinations, or

        otherwise further develop the record as she deems necessary;

        c.  Reevaluate his determinations at the step four and five of the sequential evaluation process in light of his reconsideration of the evidence, including reconsideration of the other issues raised in this appeal but not addressed in this order; and

        d. Reassess the disability determination; and

3.  That plaintiff is **AWARDED** her costs to be taxed by the clerk of the court under **FED. R. CIV. P**. 54(d)(1) and **D.C.COLO.LCivR** 54.1, and as permitted by 28 U.S.C. § 2412(a)(1).

DATED at Denver, Colorado, this 25th day of April, 2013.

        FOR THE COURT:

        JEFFREY P. COLWELL, CLERK

        By: s/Edward P. Butler
            Edward P. Butler
            Deputy Clerk