**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-01162-REB

TAMMY S. STEPHENS,

      Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

      Defendant.

---

## MINUTE ORDER[1]

---

The matter is before the court on **Defendant's Unopposed Motion For Withdrawal of Counsel** [#28] filed May 2, 2013.  The motion is **GRANTED**.  Debra J. Meachum is granted leave to withdraw from the representation of Carolyn W. Colvin, Acting Commissioner of Social Security and is to be removed from electronic service.

Dated: May 3, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.