**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No: 12-cv-01162-REB

ESTATE OF TAMMY STEPHENS,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting
Commissioner of the
Social Security Administration,

    Defendant.

## Order Re Unopposed Application for Award of Attorney Fees under EAJA

**Blackburn, J.**

The matter is before me on the **Unopposed Application For Award of Attorney Fees Under EAJA** [#30][1] filed July 1, 2013. After reviewing the application and the record, I conclude that the application should be granted and that attorney fees under EAJA should be awarded to the Estate of Tammy Stephens.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Unopposed Application For Award of Attorney Fees Under EAJA** [#30] filed July 1, 2013, is **GRANTED**; and

2. That the Estate of Tammy Stephens is awarded attorney fees in the amount of $5266 payable to the Estate of Tammy Stephens in care of the office of counsel for plaintiff.

Dated July 8, 2013, at Denver, Colorado.

                                          **BY THE COURT:**

                                          */s/ Robert E. Blackburn*
                                          Robert E. Blackburn
                                          United States District Judge

---

[1] "[#30]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.